# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY ANN SHOEMAKER, et al.,** | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | NO. 10-00204 |
| v. | : | |
| | : | |
| **PAUL GERAGHTY, et al.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 2nd day of February, 2010, it is **ORDERED** that Plaintiffs shall respond to Defendants' Motion to Dismiss (Doc. No. 18) no later than 5 p.m. on Wednesday, February 3, 2010.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
**Paul S. Diamond, J.**